UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61577-Civ-SCOLA

JAMIE DANIELS,

    Plaintiff,

vs.

UNITED AUTOMOBILE, AEROSPACE,
AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA, AFL-CIO,
LOCAL 2278, et al.,

    Defendants.
_____/

## ORDER DENYING MOTIONS AS MOOT

THIS MATTER is before the Court upon Defendant Broward Teachers Union's Motion to Stay Pending Arbitration [ECF No. 30]; the Plaintiff's Motion to Stay Arbitration, or, in the Alternative, Request to Appoint Undersigned Counsel to Represent Daniels at Arbitration [ECF No. 32]; and the Plaintiff's Request for Hearing on Plaintiff's Motion to Stay Arbitration, or, in the Alternative, Request to Appoint Undersigned Counsel to Represent Daniels at Arbitration [ECF No. 38].  Because the arbitration has already taken place, these Motions are now moot.  Therefore, it is hereby **ORDERED and ADJUDGED** that the above-reference Motions [ECF Nos. 30, 32, 38] are all **DENIED AS MOOT**.

**DONE and ORDERED** in chambers, at Miami, Florida on May 20, 2013.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE